IN the Federal District Court for the Central District of Illinois

Urbana Division

Karla Ann Westjohn and Patricia Ann Griffith, Plaintiffs.

Vs.

Kamalen Johnson Anderson, Individually and in Her Official Capacity as Ford County Circuit Clerk; State of Illinois; Ford County, Illinois; Heyl, Royster, Voelker, & Allen, PC, a Law Firm; Keith E. Fruehling, Individually and in His Capacity as a Shareholder or Former Shareholder or Partner or Former Partner at Heyl, Royster, Voelker, & Allen, PC, at the Time of the Conduct in Question and Counsel of Record for Kamalen Johnson Anderson in the Underlying Contempt Proceeding; Bryan Vayr, Formerly of Heyl, Royster, Voelker, & Allen, PC, Now of Seyfarth Shaw, LLP, a Chicago Law Firm, Individually and in His Capacity as an Associate at Heyl, Royster, Voelker, & Allen, PC, at the Time of the Conduct in Question and Counsel of Record for Kamalen Johnson Anderson, Individually and in Her Official Capacity as Ford County Circuit Clerk in the Underlying Contempt Proceeding; Samuel J. Brolley, Individually and in His Capacity as an Associate at Heyl, Royster, Voelker, & Allen, PC, at the Time of the Conduct in Question and Counsel of Record for Kamalen Johnson Anderson, Individually and in Her Official Capacity as Ford County Circuit Clerk in the Underlying Contempt Proceeding, Defendants.

April 18, 2025

Certificate of Service

I, Karla Westjohn, Plaintiff and attorney for Plaintiffs in the above-captioned cause, certify that on April 18, 2025, between 11:13 and 11:21 p.m., I transmitted initial discovery disclosures required by FRCP 26(a)(1)(A) upon the Illinois Attorney General's office; Richard Klaus of Klaus, Lefebvre, and Wince; and Tressler, LLP, opposing counsel for the Defendants in this matter.

Karla Westjohn